NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Gloria Juarez, Cal. SBN 109115
LAW OFFICES OF GLORIA JUAREZ
28202 Cabot Road, Suite 300, Laguna Niguel, CA 92677
Tel.: (949)288-3402; Email: gloria@thegjlaw.com

Ally Alain, Cal. SBN 345524
ALLY LAW FIRM,  28202 Cabot Road, Third Floor
Laguna Niguel, CA 92677   Tel.: (949) 799-2232

ATTORNEY(S) FOR:  Plaintiff Sam Noble

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sam Noble

Plaintiff(s),

v.

Fleetwood RV Inc., REV Recreation Group, Inc., La Mesa R.V. Center, Inc., and DOES 1-25 inclusive

Defendant(s)

CASE NUMBER:

8:23-cv-02223

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sam Noble | Plaintiff |
| Fleetwood RV, Inc. | Defendant |
| REV Recreation Group, Inc. | Defendant |
| La Mesa R.V. Center, Inc. | Defendant |

12/01/2023
Date

S/AAlain
Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF Sam Noble