Gloria Juarez, Cal. State Bar No. 109115
**LAW OFFICES OF GLORIA JUAREZ**
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Tel.: 949-288-3402
Email: gloria@thegjlaw.com

Ally N. Alain, Cal. State Bar No. 345524
**ALLY LAW**
28202 Cabot Road, 3rd Floor
Laguna Niguel, CA 92677
Tel.: 949-799-2232

ATTORNEYS FOR PLAINTIFF SAM NOBLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM NOBLE<br><br>          Plaintiff,<br><br>     v.<br><br>REV RECREATION GROUP, formerly known as FLEETWOOD RV; LA MESA; and DOES 1-25 inclusive,<br><br>          Defendants. | CASE NO. 8:23-cv-02223-DOC-JDE<br><br>**JOINT STATUS CONFERENCE STATEMENT IN LIEU OF APPEARANCE**<br><br>**Hearing:**<br>**Date:     August 9, 2024**<br>Time:     7:30 a.m.<br>Place:    Courtroom 10A<br>Judge:   Hon. David O. Carter<br><br>Complaint filed:   Nov. 28, 2023<br>Trial:                    June 24, 2025 |

1

JOINT STATUS CONFERENCE STATEMENT IN LIEU OF APPEARANCE
CASE 8:23-CV-02223-DOC-JDE

The parties respectfully submit this Joint Status Conference Statement In Lieu Of Appearance, regarding the discovery progress and status as follows.

The Court held the case Scheduling Conference on July 15, 2024, during which trial and pretrial dates were fully set. (Dkt. No. 39.)

### The Ordered Depositions Were Completed.

The Court ordered expedited discovery for two depositions to occur on or before August 9, 2024.  Pursuant to this Court's Order, the depositions of Plaintiff Sam Noble and Defendant's Vice President and General Counsel Stephen Zamansky were completed on August 5th and 7th, 2024, respectively.

Additionally, the parties propounded written discovery the month prior and have produced the first set of responses on August 7, 2024.

### Parties Stipulated to Mediation.

The parties stipulated to mediation, which they anticipate will go forward no later than 45 days.

### Dispositive Motions

The parties have met and conferred regarding their respective Motions for Summary Judgment. The parties anticipate that the Motions will be filed approximately 30 days after receiving the transcripts for the depositions of Mr. Noble and Mr. Zamansky.

Accordingly, the parties respectfully submit the Joint Status Conference Statement In Lieu Of Appearance for August 9, 2024.

Dated: August 8, 2024

By: /s/AAlain
     Ally Alain

ALLY LAW
28202 CABOT ROAD, THIRD FLOOR
LAGUNA NIGUEL, CA 92677
TEL.: 949-799-2332

By: /s/ GJuarez
     Gloria Juarez

LAW OFFICES OF GLORIA JUAREZ
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
TEL.: 949-288-3402
Email: gloria@thegjlaw.com

*Attorneys for Plaintiff Sam Noble*

Dated: August 8, 2024

By: [signature]
Thomas Murphy
tmurphy@suttonmurphy.com
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560
*Attorneys for Defendants*

3

## **SIGNATURE CERTIFICATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: August 8, 2024

By: _/s/AAlain_
Ally Alain