**SUTTON & MURPHY**
Thomas M. Murphy, SBN 132283
tmurphy@suttonmurphy.com
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560

Attorneys for Defendants, REV RECREATION GROUP, INC. (erroneously sued and served herein as REV RECREATION GROUP, formerly known as FLEETWOOD RV) and LA MESA R.V. CENTER, INC. (erroneously sued and served herein as LA MESA)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SAM NOBLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REV RECREATION GROUP, formerly known as FLEETWOOD RV; LA MESA; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | **Case No.　8:23-CV-02223-DOC-JDEx**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Assigned to Judge David O. Carter<br>Courtroom: 9D<br>and Magistrate Judge John D. Early<br>Courtroom: 6A<br>Complaint Filed: April 15, 2024 |

TO THE HONORABLE UNITED STATES COURT:

　　　Plaintiff, SAM NOBLE, and Defendants, REV RECREATION GROUP, INC. and LA MESA R.V. CENTER, INC., have reached a settlement in this matter. Plaintiff and Defendants will submit an agreed motion of dismissal with prejudice within 60 days.

DATED:　　September 27, 2024　　　　**SUTTON & MURPHY**

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Murphy
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Thomas M. Murphy
　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　REV RECREATION GROUP, INC. and
　　　　　　　　　　　　　　　　　LA MESA R.V. CENTER, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a part to the within action; my business address: 26056 Acero, Mission Viejo, CA 92691.

On September 27, 2024, I submitted the foregoing document described as:

**NOTICE OF SETTLEMENT**

**[X] TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the foregoing document will be served by the court via NEF and hyperlink to the document. On September 27, 2024, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice to receive NEF transmission at the email addresses indicated below:

- Gloria Juarez, Esq.     gloria@thegjlaw.com
- Ally N. Alain, Esq.     nnalai@yahoo.com

**[X] (Federal)** I declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

Executed on September 27, 2024, at Mission Viejo, California.

/s/
_____
Debra A. Beyer